UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Mary Gordon Campbell
6510 Cedar St
Cheverly, MD 20785

   Debtor.                                                       Case No.: 22-12989

Mary Gordon Campbell
6510 Cedar St
Cheverly, MD 20785

   Plaintiff,                                            Adv. Proc. No.:

   v.

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

**Serve:**
Brandon Jordan, Esquire   bjordan@raslg.com
Robertson, Anschutz, Scheid, Crane & Partners
13010 Morris Road, Suite 450
Alpharetta, GA 30004


**Serve CERTIFIED MAIL**
Baron Silverstein, President
Newrez LLC
1100 Virginia Dr., Ste. 125
Fort Washington, PA 19034

   Defendant.

**COMPLAINT TO DETERMINE VALIDITY OR EXTENT OF MORTGAGE LIEN**

1

Mary Gordon Campbell (the "Debtor"), by and through her undersigned counsel, files this Complaint to Determine the Validity or Extent of Mortgage Lien, and in support thereof states as follows:

## I.     JURISDICTION AND VENUE

1.     This Court has both personal and subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(b).  Further, this Adversary Proceeding is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A) and (K).  In the event this case is determined to be a non-core proceeding, the Debtor consents to the entry of a final order by the Bankruptcy Judge.

2.     This is a complaint to determine the validity or extent of a mortgage lien pursuant to Fed. R. Bankr P. 7001(2).  Venue lies in this District pursuant to 28 U.S.C. §1409.

## II.    PARTIES

3.     Plaintiff Mary Gordon Campbell ("Debtor") is an individual who is the sole owner of the residential property known as a resident of the state of Maryland and resides at 6510 Cedar St., Cheverly, Md 20785 ("the "Property"), which is the subject of this action.  She is the Debtor in the instant voluntary petition under Chapter 13 of the U.S. Bankruptcy Code.

4.     Defendant, NewRez LLC d/b/a Shellpoint Mortgage Servicing is the successor of Caliber Home Loans by virtue of a claim transfer recorded at dkt #35 doing business in the state of Maryland and maintains its principal

office in Greenville, SC 29603.

5. Mr. Harris S. Ammerman is an attorney who represents the Debtor in her Chapter 13 bankruptcy case and maintains offices at 1115 Massachusetts Avenue Northwest, Washington, DC 20005.

6. Mr. Brandon Jordan, Esq. is substituted counsel representing the Defendant and notice of his appearance was dkt #3 in Miscellaneous Proceeding No. 24-900003 filed 3/20/24.  He is affiliated with the law firm of Robertson, Anschutz, Scheid, Crane & Partners, PLLC.

7. Ms. Rebecca A. Herr (the "Trustee") is the appointed trustee serving in this case and maintains offices at 185 Admiral Cochrane Drive, Suite 240, Annapolis, Maryland 21401.

**FACTUAL BACKGROUND**

8. The Debtor filed for Chapter 13 relief on 6/1/22.  The defendant filed its proof of Claim  #4-1 on 7/21/22.  The claim stated that the amount necessary to cure any default as of the date of the petition totaled $105,146.34 and was secured by a mortgage/deed of trust.

9. The defendant has been mailing to the debtor monthly mortgage statements similar to the attached  Exhibit A dated 3/1/24.  The statement itemizes, among other things,  monthly charges for principal, interest and

escrow. The escrow represents real property taxes and insurance and totals $443.40. Also stated is a current escrow balance of $29,932.47. The debtor has informed the defendant, but to no avail, that she is exempt from Maryland Property taxes. Marked as Exhibit B dated 8/31/23 is a letter from the Maryland Department of Assessments and Taxation which informs the debtor that she is "entitled to a refund from your initial eligibility date of 10/9/2022 because she is a disabled veteran/disabled active-duty military and is exempt for the dwelling at 6510 Cedar St. This provides a 100% exemption from State, County and any municipal real property taxes". The eligibility letter also states that taxes for the period before July 1, 2018 are not eligible for a refund. Therefore, the period for which debtor is eligible for a refund is from July 1, 2018 to the present date.

10. The defendant continues to charge for property taxes which is included in the monthly payment. The defendant has failed to respond to the debtor's request for a refund and/or adjustment to her mortgage account.

11. The tax escrow charged by the defendant is a burden on the debtor's ability to fund her confirmed Chapter 13 plan. If an adjustment is made reducing the monthly allocation for property taxes, the debtor will be able to amend her plan and lessen her monthly burden.

**CONCLUSION**

WHEREFORE, Plaintiff Mary Gordon Campbell respectfully requests that this Court enter an Order:

(i) Compelling the defendant to recalculate and adjust the monthly mortgage payment to include only principal, interest and insurance; and to Order defendant to amend it proof of claim and to refund any unauthorized payments.

(ii) To refund to the debtor taxes that were charged to the mortgage escrow account.

(iii) Granting such other relief as equity and justice may require.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of March *2024*, a copy of the foregoing *Complaint* was served electronically upon filing via the CM/ECF system, with copies to all persons registered to receive electronic notice herein, and via first-class postage prepaid mail upon:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

Brandon Jordan, Esquire   bjordan@raslg.com
Robertson, Anschutz, Scheid, Crane & Partners
13010 Morris Road, Suite 450
Alpharetta, GA 30004

5

Baron Silverstein, President
Newrez LLC
1100 Virginia Dr., Ste. 125
Fort Washington, PA 19034

Rebecca A. Herr
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
ecf@ch13md.com *Chapter 13 Trustee*

                Respectfully submitted,

                <u>/s/Harris S. Ammerman #04141</u>
                Harris S. Ammerman, Esq.
                Attorney for Plaintiff/Debtor
                1115 Massachusetts Ave. NW
                Washington, D.C. 20005
                301  655 0606

.