Entered: January 7th, 2025
Signed: January 6th, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Mary Gordon Campbell | ) | Case No. 22-12989 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Mary Gordon Campbell | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | | Adv Proc. No. 24-00078 |
| New Rez LLC d/b/a | | |
| Shellpoint Mortgage Servicing | | |
| | | |
| *Defendant.* | | |

ORDER DISMISSING ADVERSARY

UPON CONSIDERATION OF plaintiff's counsel advising the Court that this adversary proceeding would be voluntarily dismissed, it is hereby

ORDERED by this Court that the Adversary Proceeding is hereby dismissed based on the following stipulations:

1. The parties have agreed to a dismissal of this adversary proceeding with the understanding that Defendant's counsel will provide plaintiff within 30 days a current statement of unpaid pre

and post petition mortgage arrears.  Plaintiff will utilize this information in a follow up Motion to Modify the debtor's Chapter 13 plan.

    2.    In accordance with Local Rule 9019-1 the parties have stated that this  voluntary dismissal  does not involve a transfer of cash or other property to or from the bankruptcy estate.

I HEREBY CERTIFY that the terms of the copy of the order
Submitted to the court are identical to those set forth in the original
Order; and the signatures represented by the /s/_____on the copy
Of the order submitted to the Court reference the signatures of
Consenting parties obtained on the original order.

                                                                                           /s/Harris S Ammerman, Esq

Cc:
    Harris S. Ammerman, Esq.
    Attorney for Plaintiff
    1115 Massachusetts Ave., NW
    Washington, DC 20005
    (301) 655-0606
    hsaaba@aol.com

    Daniel J Pesachowitz, Esq.
    Attorney for Defendant
    Samuel I White, P.C.
    6100 Executive Blvd., Suite 400
    Rockville, Md. 20852
    301 804 3400
    dpesacho@siwpc.com

                                        END OF ORDER

Case 24-00078    Doc 28    Filed 01/07/25    Page 3 of 3