Entered: January 7th, 2025
Signed: January 6th, 2025

**DENIED**

The parties have agreed to the voluntary dismissal of this adversary proceeding. Therefore, the Debtor's motion for summary judgment is denied as moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

IN RE:
Mary Gordon Campbell

Case No. 24-00078
Chapter 13

Debtor
**********************************

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed the debtor Mary Gordon Campbell's Motion for Summary Judgment as to a sum certain of $29,932.47 and any objection thereto:

ORDERED that the debtor's Motion for Summary Judgment is GRANTED: Judgment is entered in favor of Mary Gordon Campbell and against NewRez in the amount of $29,932.47

Copies:

Harris S. Ammerman, Esq.
1115 Massachusetts Ave. NW
Washington, D.C. 20005
Attorney for Debtor

Rebecca Herr, trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Md. 21401

Daniel J. Pesachowitz
6100 Executive Blvd Suite 400
Rockville, MD 20852

End of Order

